IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CIERRA BLOODSER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:21-CV-00091 (WLS) |
| | : | |
| MERCHANTS AND MEDICAL | : | |
| CREDIT CORP., INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

A Show Cause hearing is currently scheduled in the above-styled action for Wednesday, August 4, 2021 at 3:00pm in the Albany Division of this Court. (Doc. 15.) The hearing was scheduled by Court Order to address attorneys Edward R. Kroub and Moshe O. Boroosan's failure to comply with the Court's attorney admission requirements and previous orders. (*Id.*) Attorney Kroub contacted the Court today to explain that he had not received word of the hearing until this morning and that he is unable to attend the hearing in person as he is presently in New York, New York. In light of this communication, the Court hereby **CANCELS** the hearing scheduled for Wednesday, August 4, 2021 and shall **RESCHEDULE** the hearing by separate order for a date within the coming days. In the alternative, the Court notes that attorneys Kroub and Borooson may comply with the Court's attorney admission requirements, including the payment of *pro hac vice* fees, and absolve the need for further action from the Court.

**SO ORDERED,** this 3rd day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**