IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CIERRA BLOODSER , | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-91 |
| | * |
| CBV COLLECTIONS ALBANY, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of March, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk